UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE R. MADISON

-vs-                                                                    Case No. 8:24-cv-486-JSM-CPT

HUNTER WARFIELD, INC.

**CLERK'S MINUTES**
Proceeding: Case Management Conference
*Zoom videoconference*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: April 9, 2024 |
| Deputy Clerk: Ashley Sanders | Time: 3:14 p.m. |
| Law Clerk: Anne Leonard | Recess: 3:38 p.m. |
| Court Reporter: Digital | Total Time: 24 min |

Counsel for Plaintiff: Alexander Taylor
Counsel for Defendant: Chelsey Pankratz

Court calls case and counsel enters appearances.

Court discusses IDEAL program.

Recess.